| JEFF MERCER, LLC | * | NO. 2020-CA-0631 |
|---|---|---|
| VERSUS | * | |
| | | COURT OF APPEAL |
| STATE OF LOUISIANA, | * | |
| THROUGH THE | | FOURTH CIRCUIT |
| DEPARTMENT OF | * | |
| TRANSPORTATION AND | | STATE OF LOUISIANA |
| DEVELOPMENT, WILLIS | * * * * * * * | |
| JENKINS, JOHN H. EASON | | |
| AND PAM HIGGINBOTHAM | | |

APPEAL FROM
4TH JUDICIAL DISTRICT COURT, PARISH OF OUACHITA
NO. 2007-3151, "DIVISON C"
Honorable Wilson Rambo, Judge
* * * * * *
**Judge Rosemary Ledet**
* * * * * *

(Court composed of Judge Terri F. Love, Judge Joy Cossich Lobrano, Judge
Rosemary Ledet)

David P. Doughty
John B. Hoychick
COTTON, BOLTON, HOYCHICK & DOUGHTY, LLP
607 Madeline Street
P. O. BOX 857
Rayville, LA 71269

    COUNSEL FOR PLAINTIFF/APPELLEE

Michael H. Rubin, Appeal Counsel and
Special Assistant Attorney General
Juston O'Brien, Special Assistant Attorney General
MCGLINCHEY STAFFORD, PLLC
301 Main Street, 14th Floor
Baton Rouge, LA 70801

John B. Saye, Special Assistant Attorney General
HAYES, HARKEY, SMITH, & CASIO, LLP
1500 N. 19th St., Suite #701
Monroe, LA 71201

    COUNSEL FOR DEFENDANT/APPELLANT

                    **APPEAL DISMISSED**
                    **May 19, 2021**

The State of Louisiana, through the Department of Transportation and Development, Willis Jenkins, John Eason, and Pam Higginbotham (collectively "DOTD") filed this appeal seeking review of the trial court's August 7, 2020 judgment. The same August 7, 2020 judgment previously was considered by this court on DOTD's application for supervisory writ. (Fourth Circuit Court of Appeal No. 2020-C-0488). On November 5, 2020, this court denied DOTD's writ application. From this court's ruling denying its writ, DOTD filed a writ application with the Louisiana Supreme Court. (Louisiana Supreme Court No. 2020-CC-1386). This court issued an order on February 15, 2021, continuing without date DOTD's appeal pending the Supreme Court's issuance of its decision on DOTD's writ application.

On May 11, 2021, the Louisiana Supreme Court issued a final decision on DOTD's writ application. *See* La. C.C.P. art. 2167(C) (providing that "[w]hen an application for rehearing has been applied for timely, a judgment of the supreme court becomes final and definitive when the application is denied"). As a result of the Supreme Court's decision, the plaintiff's suit against the DOTD has been

dismissed with prejudice. Accordingly, DOTD's appeal in this matter is dismissed as moot.

**APPEAL DISMISSED**